# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy No. 24-11137-PMM |
| Gary Paul Toth | : Chapter 13 |
| *Debtor*. | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | : : : |
| *Movant*, | : |
| vs. | : |
| Gary Paul Toth | : |
| *Debtor/Respondent,* | : |
| and | : |
| Scott F. Waterman, Esquire, | : |
| *Trustee/Respondent.* | : |

## ORDER

**AND NOW**, this <u>19th</u> day of <u>August</u>, 2024, upon consideration of the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, and the response thereto, if any, and for good cause shown, it is hereby:

**ORDERED** that the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 3051 Keystone Street, Bethlehem, PA 18020.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge